IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JANICE LE MILIN,
    Plaintiff,

vs.                                    Case No.: 3:07cv460/RV/EMT

MICHAEL J. ASTRUE,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This action was initiated by Plaintiff, proceeding pro se, on October 29, 2007, apparently under the Social Security Act and seeking judicial review of Defendant's decision denying her claim for benefits (*see* Doc. 1).  On November 30, 2007, this court entered an order giving Plaintiff thirty (30) days in which to file an amended complaint (Doc. 5).  Thereafter, an extension of time to file the amended complaint, to January 21, 2008, was granted (Doc. 7).  Plaintiff failed to file an amended complaint as directed; therefore, on January 30, 2008, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 8).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 22nd day of February 2008.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**